UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JULIE MAYNARD, INC.,

    Plaintiff,

vs.

WHATEVER IT TAKES TRANSMISSIONS
AND PARTS, INC., *et al*.,

    Defendants.

Case No. 3:19-cv-238

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

## RECUSAL ORDER

The undersigned hereby **RECUSES** himself from this matter and it is referred to Clerk of Courts for reassignment.

**IT IS SO ORDERED.**

Date:  May 27, 2020            s/ Michael J. Newman
                                                             Michael J. Newman
                                                             United States Magistrate Judge