# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| JULIE MAYNARD, INC., : | |
| : | Case No. 3:19-cv-00238 |
| Plaintiffs, : | |
| : | District Judge Thomas M. Rose |
| vs. : | Magistrate Judge Sharon L. Ovington |
| : | |
| WHATEVER IT TAKES : | **DECISION AND ENTRY** |
| TRANSMISSIONS & PARTS, *et al.*, : | |
| : | |
| Defendants. : | |

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. No. 36), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on September 2, 2020 (Doc. No. 36) is ADOPTED in full; and

2. Defendant Troy Eakins' Motion to Dismiss Count Five of the Complaint for lack of personal jurisdiction (Doc. No. 27) is granted, and Count Five is dismissed without prejudice pursuant to Fed. R. Civ. P. 12(b)(2).

September 23, 2020                            *s/Thomas M. Rose

                                              Thomas M. Rose
                                              United States District Judge