# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| JULIE MAYNARD, INC., etc. | : | CASE NO. 3:19-CV-00238 |
| | | (Judge Thomas M. Rose) |
| Plaintiff, | : | |
| v. | : | AGREED ORDER AND STIPULATION TO EXTEND THE EXPERT WITNESS |
| WHATEVER IT TAKES TRANSMISSIONS & PARTS, INC., et al. | : | DISCLOSURES OF PLAINTIFF AND DEFENDANT |
| | : | |
| Defendants. | | |

The parties by counsel, Plaintiff and Defendant, agree to extend the deadline to disclose expert witnesses and to provide a copy of the expert's report [Rule 26(a)(2)(B)] or the subject matter and summary of facts and opinions for experts not required to prepare reports [Rule 26(a)(2)(c)] from November 27, 2020, until January 21, 2021.

IT IS SO ORDERED.

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge

AGREED:

| | |
|---|---|
| | Approved via email 11/20/20 |
| /S/ THOMAS M. GREEN | /S/ MATTHEW T. GOMES |
| THOMAS M. GREEN | NICHOLAS P. PANAYOTOPOULOS* |
| Bar Number 0016361 | MATTHEW T. GOMES* |
| Attorney for Plaintiffs | WEINBERG, WHEELER, HUDGINS, |
| Green & Green, Lawyers | GUNN & DIAL, LLC |
| 800 Performance Place | 3344 Peachtree Road, NE, Suite 2400 |
| 109 North Main Street | Atlanta, Georgia   30326 |
| Dayton, Ohio 45402-1290 | Tel. 404.876.2700 |
| Tel.   937.224.3333 | Email:  npanayo@wwhgd.com |
| Email:  tmgreen@green-law.com | Email:  mgomes@wwhgd.com |
| Fax   937.224.4311 | Fax 404.875.9433 |
| | *Admitted *pro hac vice* |

Nicholas J. Dertouzos (0071018)
NICOLA, GUDBRANSON & COOPER, LLC

25 West Prospect Ave.
Republic Building, Suite 1400
Cleveland, Ohio 44115
Tel: 216.377.1548
E-mail: dertouzos@nicola.com
Fax: (216) 621-3999

Attorneys for Defendant