IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| JULIE MAYNARD, INC. d/b/a CONSOLIDATED VEHICLE CONVERTERS, <br><br> Plaintiff, <br><br> v. <br><br> WHATEVER IT TAKES TRANSMISSIONS & PARTS, INC., <br><br> Defendant. | Case No. 3:19-cv-238 <br><br> District Judge Thomas M. Rose <br><br> Magistrate Judge Sharon L. Ovington |

## ORDER GRANTING JOINT MOTION TO FILE UNDER SEAL PURSUANT TO PROTECTIVE ORDER

This matter comes before the Court on the Joint Motion to File Under Seal Pursuant to Protective Order filed on April 2, 2021.  Pursuant to *Shane Grp., Inc. v. Blue Cross Blue Shield*, 825 F.3d 299 (6th Cir. 2016), and for good cause shown, the motion is hereby GRANTED.  It is therefore

ORDERED, that Defendant shall file with the Court under seal the following exhibits in support of its Motion for Summary Judgment:  the email chains reflecting negotiations between Plaintiff and its non-party customer.

SO ORDERED this 5th day of April, 2021.

\*s/Thomas M. Rose
_____
UNITED STATES DISTRICT JUDGE